No. 74–387.  KARLAN *v.* CITY OF CINCINNATI.  Sup. Ct. Ohio.  Certiorari denied.  MR. JUSTICE DOUGLAS

would grant certiorari.